WDM: USAO 2026R00034

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. 26-cr-00063-TDC |
| | * | |
| JUAN CARLOS RIVAS-MONTANO | * | (Reentry of Alien Removed After |
| a/k/a Juan Carlos Montano-Rivas | * | Felony Conviction, 8 U.S.C. § 1326(a) |
| a/k/a Juan Carlos Montano Rivas, | * | & (b)(1)) |
| | * | |
| Defendant | * | |

*******

## INDICTMENT

### COUNT ONE
(Reentry of Alien Removed After Felony Conviction)

The Grand Jury for the District of Maryland charges that:

On or about December 10, 2025, in the District of Maryland, the defendant,

**JUAN CARLOS RIVAS-MONTANO**
a/k/a Juan Carlos Montano-Rivas
a/k/a Juan Carlos Montano Rivas,

an alien who previously had been deported and removed, after having been convicted of a felony, knowingly entered and was found in the United States of America, the said defendant not having obtained the express consent of the Attorney General of the United States or his successor, the Secretary of Homeland Security (Title 6, United States Code, Sections 202(3), 202(4) and 557), to reapply for admission into the United States as required by law.

8 U.S.C. § 1326(a) & (b)(1)

Kelly O. Hayes
United States Attorney

A TRUE BILL:

SIGNATURE REDACTED
Foreperson

Date: February 19, 2026